ACCEPTED
01-15-00224-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/11/2015 9:23:20 AM
CHRISTOPHER PRINE
CLERK

## NO. 12-DCV-199022

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| GINA MARIE ROGERS | § | |
| AND | § | 434TH JUDICIAL DISTRICT |
| TODD DAVID ROGERS | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| VIRGINIA CLAIRE ROGERS AND | § | FT BEND COUNTY, TEXAS |
| ASHER GRAHAM ROGERS, | § | |
| CHILDREN | § | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 8:00:00 AM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL

This Notice of Appeal is filed by Todd David Rogers, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. The judgment or order appealed from was signed on _____.

3. Todd David Rogers desires to appeal from all portions of the judgment.

4. This appeal is being taken to either the First or Fourteenth Court of Appeals.

5. This notice is being filed by Todd David Rogers.


Respectfully submitted,

WALTER P MAHONEY JR
3668 Burke Rd.
PASADENA, TX 77504
Tel: (281) 998-9450
Fax: (281) 998-9430

By:_____
     Walter P. Mahoney Jr.
     State Bar No. 12844600
     trip888@aol.com
     Attorney for Todd David Rogers

**Certificate of Service**

     I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:  Gina Marie Rogers

Lead attorney:  Marlene ZInsmeister

Address of service:  106 Guenther Street, Sugarland, Texas 77478


Method of service:  in person

Date of service:  1-25-2015

Party:  Nina Schaefer

Lead attorney:  Amicus Attorney

Address of service:  300 Jackson Street, Richmond, Texas 77469-3109

E-mail Address:  [*_____*]

Method of service:  by electronic service

Date of service:  1-25-2015


_____
Walter P. Mahoney Jr.
Attorney for Respondent